

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-09-00229-CR

**IN RE** Cornell **DRUMMER**.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered the Motion for Reconsideration En Banc filed by Relator on October 11, 2016 and the motion is DENIED.

It is so **ORDERED** on November 8, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 91-CR-1948A D1, styled *The State of Texas v. Cornell Drummer*, in the 144th Judicial District Court, Bexar County, Texas.